ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Noresco, LLC | ) ASBCA No. 64491 |
| | ) |
| Under Contract No. W912DY-09-D-0018 | ) |

APPEARANCE FOR THE APPELLANT:     Ron R. Hutchinson, Esq.
                                                                Doyle & Bachman LLP
                                                                McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                  Engineer Chief Trial Attorney
                                                                Edward J. McNaughton, Esq.
                                                                Margaret P. Simmons, Esq.
                                                                  Engineer Trial Attorneys
                                                                  U.S. Army Engineer District
                                                                  Redstone Arsenal, AL

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 14, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64491, Appeal of Noresco, LLC, rendered in conformance with the Board's Charter.

Dated: April 14, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals